SAMUEL ROSS, APPELLANT, AND ABRAHAM HAINES, RE-
SPONDENT.

1. If a mortgagor, subsequently to the mortgage, sells and conveys a part of the mortgaged premises, an equity arises in favor of the purchaser to have the part which remains in the mortgagor first sold for or towards the payment of the mortgage.

2. But if the purchaser agrees with the mortgagor that the part he buys shall be subject to the mortgage, and that the amount due on the mortgage shall be a part of the consideration he is to pay, equity will not interpose to subject the part of the mortgaged premises remaining in the mortgagor to be first sold.

3. And a subsequent grantee of such purchaser from the mortgagor, with notice, has no better equity against the mortgagor.

This case is reported *ante p.* 186, under the title of Joseph Engle *v.* Abraham Haines and wife, Samuel Ross, and others. It was argued in this court by

*W. N. Jeffers,* for the appellant, and by

*J. C. Ten Eyck,* for the respondents.

The decree of the Chancellor was unanimously affirmed.